IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ROBERT NELSON HOWELL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL NO. 04-945-GPM |
| | ) |
| **MICHAEL THOMPSON,** | ) |
| **MICHAEL NOWACOSKI, and** | ) |
| **ROBERT GLYNN,** | ) |
| | ) |
| **Defendants.** | ) |

# JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed as frivolous. Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

05/10/05                                           By: s/ G. Patrick Murphy
*Date*                                                    *District Judge*